## FRENZER *v.* WALLACE.

## MORSMAN *v.* SAME.

## McCLELLAN *v.* SAME.

APPEALS FROM THE CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT.

Nos. 192, 193, 195. Submitted March 6, 1906.—Decided April 2, 1906.

Decided on authority of *Wyman* v. *Wallace, ante,* p. 230.

*Mr. W. W. Morsman* and *Mr. Howard B. Smith* for appellants in Nos. 192 and 193. *Mr. Charles Battelle* and *Mr. Richard S. Horton* for appellants in No. 195.[1]

*Mr. James M. Woolworth* and *Mr. R. S. Hall* for appellees.[1]

Mr. JUSTICE BREWER: These are separate appeals by other stockholders from the same decree, and present no questions other than those considered in the former opinion, and the same decrees of affirmance will be entered.

---

[1] For abstracts of briefs see *Wyman* y. *Wallace, ante,* p. 230.